# AT&T Retirement Savings Plan

**Amended and Restated**
**Effective as of January 1, 2018**

# XX.
## GENERAL PROVISIONS

**20.1**    **NOT A CONTRACT OF EMPLOYMENT.** The adoption and maintenance of the Plan will not be deemed to be either a contract between the Employer and any person or consideration for the employment of any person. Nothing herein contained is to be deemed to give any person the right to be retained in the employ of the Employer or to restrict the right of the Employer to discharge any person at any time, nor will the Plan be deemed to give the Employer the right to require any person to remain in the employ of the Employer or to restrict any person's right to terminate his employment at any time.

**20.2**    **ALIENATION OF INTEREST FORBIDDEN.** Except as otherwise provided in the following Subsections of this Section or as otherwise required by other applicable law, no right or interest of any kind in any benefit is transferable or assignable by any Participant or any beneficiary or subject to anticipation, adjustment, alienation, encumbrance, garnishment, attachment, execution, or levy of any kind.

      20.2.1    **CERTAIN JUDGMENTS AND TAX LIENS.** Plan provisions to the contrary notwithstanding, the Plan Administrator will comply, to the extent required by applicable law, with certain judgments and settlements pursuant to section 206(d) of ERISA and sections 401(a)(13) and 414(p) of the Code and with a federal tax levy or collection on a judgment resulting from an unpaid tax assessment.

      20.2.2    **QDROs.** The nonalienation requirements of this Section will apply to the creation, assignment or recognition of a right to any benefit, payable with respect to a Participant pursuant to a domestic relations order, unless such order is (i) determined to be a QDRO, as defined in section 414(p) of the Code, entered on or after January 1, 1985, or (ii) any domestic relations order, as defined in section 414(p) of the Code, entered before January 1, 1985, pursuant to which the Plan or a transferor plan was paying benefits on January 1, 1985. The Plan Administrator has established reasonable written procedures to determine the qualified status of a domestic relations order. If the Value of a Plan benefit awarded to an alternate payee pursuant to a QDRO does not exceed $1,000 on the date of distribution, such Plan benefit will be distributed to such alternate payee in a single lump sum cash payment as soon as practicable following approval of such QDRO.

      20.2.3    **QUALIFIED DISCLAIMERS.** Plan provisions to the contrary notwithstanding, if a Designated Beneficiary of a Participant disclaims, in whole or in part, his interest, if any, in a Participant's Vested Account Balance and such disclaimer meets the definition of a "qualified disclaimer" set forth in section 2518(b) of the Code and satisfies the requirements of any applicable state law, and to the extent such disclaimer is not in violation of section 401(a)(13) of the Code or section 206(d) of ERISA, the disclaimed interest of such Designated Beneficiary will be distributed as if such Designated Beneficiary had predeceased such Participant and distributed in accordance with the applicable terms of the Plan.

**20.3**    **UNIFORMED SERVICES EMPLOYMENT AND REEMPLOYMENT RIGHTS ACT REQUIREMENTS (USERRA).** Notwithstanding any provision of the Plan to the contrary, contributions,

# Summary Plan Description



IMPORTANT BENEFITS INFORMATION

# AT&T Retirement Savings Plan

This is an updated summary plan description (SPD) for the AT&T Retirement Savings Plan. This SPD replaces your existing SPD and all of its summaries of material modifications.

Please keep this SPD for future reference.

> **IMPORTANT:** This document constitutes part of a Prospectus covering securities that have been registered under the Securities Act of 1933.

**DISTRIBUTION:** Distributed to active and former employees of Participating Companies, as described in *Attachment 1*, who are eligible to participate in the Plan as described in the "Eligibility" section.

NIN: 78—40383

Savings

### Retired and Inactive Employee Home Address Changes

You must change your address for both pension and savings. To change your address for both purposes, contact the Fidelity Service Center at the information below.

**Fidelity Service Center**

> **netbenefits.fidelity.com**
>
> **800-416-2363**
>
> **888-343-0860** (hearing-impaired)
>
> Dial your country's toll-free AT&T Direct Access Number, then enter **800-416-2363** (International)

**Hours of operation:**

> Monday through Friday from 7:30 a.m. to 11 p.m. Central time

You will need your Fidelity Service Center PIN and Social Security number/customer ID to access the Fidelity NetBenefits website, use the IVR service or to speak to a service associate.

> **IMPORTANT:** These instructions are also for recipients of long-term disability benefits and employees on a leave of absence, as well as COBRA participants, alternate payees and survivors who have a pension benefit (including a retiree death benefit) or Plan benefit that has yet to be paid to you.
>
> If you are not eligible to receive a pension or savings plan benefit or have already received your entire pension and savings plan benefits in a lump sum and are not eligible for a retiree death benefit from your pension plan, call the AT&T Benefits Center at **877-722-0020** to update your home address.

### AT&T Benefits Intranet and Internet Access

*Your Benefits* **section of access.att.com (employees and retirees from home)**

Go to the *Your Benefits* section of **access.att.com** (AT&T's secure Internet site) for benefits information at home. Just go to **access.att.com** and follow the login instructions.